JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA HULSEY, | Case No.: CV 17-3843 DSF (ASx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| PEDDLE, LLC, | |
| Defendant. | |

The Court having dismissed the Complaint, and the plaintiff having failed to file an amended complaint by the November 22, 2017 deadline, IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that the defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____11/27/17_____         _____
                                                     Dale S. Fischer
                                              United States District Judge